JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARUT TOROSYAN,<br><br>PLAINTIFF<br>v.<br>JOSEPH MARX,<br><br>DEFENDANT. | CASE NUMBER<br><br>CV 19-7837-DMG (MRWx)<br><br>JUDGMENT ON THE VERDICT<br>FOR DEFENDANT |

This action having been tried before the Court sitting with a jury, the Honorable Dolly M. Gee, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff Harut Torosyan take nothing; that the action be dismissed on the merits.

Clerk, U. S. District Court

Dated:  March 16, 2023            By    /s/ Kane Tien
                                         Deputy Clerk